Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Adrian M. Paris, Esq. (SBN 301355)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: mdean@deangazzo.com
    aparis@deangazzo.com

Attorneys for Defendants
City of Sacramento, Eric Toomey, and Nicholas Caro

Reza Sina, Esq.
Sina Law Group
3727 W. Magnolia Blvd., Suite 277
Burbank, CA 91505
Telephone: (310) 957-2057
E-mail: reza@sinalawgroup.com

Attorneys for Plaintiff Adan Martinez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN MARTINEZ, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SACRAMENTO, a Government Entity; ERIC TOOMEY, an individual police officer; and NICHOLAS CARO, an individual police officer, and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-01223-MCE-CKD <br><br> **ORDER MODIFYING SCHEDULING ORDER** <br><br> Judge: Hon. Morrison C. England, Jr. <br><br> Complaint Filed: July 12, 2021 <br> Trial Date: None set |

///
///
///
///
///
///

1

Having reviewed and considered the associated Stipulation, the scheduling order is modified to reflect the following deadlines:

| | |
|---|---|
| Fact Discovery Cut-Off: | November 18, 2022 |
| Expert Disclosure: | January 13, 2023 |
| Rebuttal Expert Disclosure: | February 13, 2023 |
| Motion Cut-Off: | May 15, 2023 |

IT IS SO ORDERED.

Dated: August 5, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE