Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Adrian M. Paris, Esq. (SBN 301355)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: mdean@deangazzo.com
       aparis@deangazzo.com

Attorneys for Defendants
City of Sacramento, Eric Toomey, and Nicholas Caro

Reza Sina, Esq.
Sina Law Group
3727 W. Magnolia Blvd., Suite 277
Burbank, CA 91505
Telephone: (310) 957-2057
E-mail: reza@sinalawgroup.com

Attorneys for Plaintiff Adan Martinez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ADAN MARTINEZ, an individual, | Case No.: 2:21-cv-01223-MCE-CKD |
|---|---|
| Plaintiff, | **ORDER MODIFYING SCHEDULING ORDER** |
| v. | Judge: Hon. Morrison C. England, Jr. |
| CITY OF SACRAMENTO, a Government Entity; ERIC TOOMEY, an individual police officer; and NICHOLAS CARO, an individual police officer, and DOES 1 to 10, inclusive, | Complaint Filed: July 12, 2021<br>Trial Date: None set |
| Defendants. | |

///
///
///
///
///
///

1

Case No. 2:21-cv-01223-MCE-CKD

Having reviewed and considered the associated Stipulation, the scheduling order is modified to reflect the following deadlines:

| | |
|---|---|
| Fact Discovery Cut-Off: | March 17, 2023 |
| Expert Disclosure: | April 14, 2023 |
| Rebuttal Expert Disclosure: | May 15, 2023 |
| Motion Cut-Off: | August 14, 2023 |

IT IS SO ORDERED.

Dated: November 4, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE