Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Ricardo Baca, Esq. (SBN 319497)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail: mdean@deangazzo.com
        rbaca@deangazzo.com

Attorneys for Defendants
City of Sacramento, Eric Toomey, and Nicholas Caro

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN MARTINEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO, a Government Entity; ERIC TOOMEY, an individual police officer; and NICHOLAS CARO, an individual police officer, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.:   2:21-cv-01223-MCE-CKD<br><br>**ORDER RE STIPULATION FOR DISMISSAL**<br><br>Courtroom:   7<br>Judge:        Hon. Morrison C. England, Jr.<br><br>Complaint Filed: July 12, 2021<br>Trial Date: None set |

**AFTER HAVING REVIEWED THE PARTIES' PAPERS:**

The Court hereby GRANTS plaintiff Adan Martinez and defendants City of Sacramento, Eric Toomey, and Nicholas Caro's (collectively "Defendants") Stipulation for Dismissal as it relates to the entire lawsuit.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby DISMISSED with prejudice.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  February 27, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE